UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-0249 DSF (JCG) | Date | March 4, 2013 |
|---|---|---|---|
| Title | Luis J. Chavez v. David Long | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED**

On January 14, 2013, Petitioner filed a Petition for Writ of Habeas Corpus ("Petition"). Petitioner, however, submitted nothing more than a blank Petition, which provided no information regarding Petitioner's conviction, sentence, or relevant procedural history, and advanced no grounds for relief. Petitioner also failed to sign the Petition.

On January 31, 2013, the Court granted Petitioner an additional fourteen days to submit a completed and signed First Amended Petition.

Petitioner has not filed an amended petition as ordered. Accordingly, within **fourteen days** of the date of this Order, Petitioner is **ORDERED TO SHOW CAUSE**, in writing, why this action, or portions thereof, should not be dismissed for failure to prosecute and/or comply with a court order. If Petitioner files his First Amended Petition within **fourteen days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Petitioner is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action, or portions thereof, without prejudice.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | bm |