# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JOSEPH CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Respondents. | Case No. CV 13-0249 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 10/11/13 _____

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE